UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ZARE,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,,<br><br>                              Respondents. | Case No.:  3:26-cv-00840-RBM-SBC<br><br>**ORDER REGARDING FURTHER BRIEFING** |

On February 9, 2026, Petitioner Mohammad Zare ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition").  (Doc. 1.) Petitioner also requested that the Court "appoint 'FDSI' to fight for [his] habeas and submit a petition for 'TRO.'"  (*Id.* at 8.)  The Court construed this request as a Motion to Appoint Counsel and denied the motion without prejudice because Petitioner did not include any information regarding whether he was financially unable to obtain adequate representation or was unable to articulate his claims without counsel.  (Doc. 2 at 1–2.)  The Court further ordered that, on or before March 13, 2026, Petitioner must either "(1) file a renewed Motion to Appoint Counsel . . . or (2) indicate that he wishes to proceed without counsel."  (*Id.* at 2.)  As of March 26, 2026, Petitioner has not filed a renewed Motion to Appoint Counsel. The Court takes this to mean Petitioner wishes to proceed *pro se*.

1

Respondents filed a Return to Petition for Writ of Habeas Corpus on March 3, 2026. (Doc. 4.)  In it, they represent that Petitioner's individual merits hearing was scheduled for March 11, 2026, and that "[s]hould Petitioner be issued a Final Order of Removal on March 11, 2026, his detention for at least 90 days would be mandatory."  (Doc. 4 at 9.)

Therefore, the Court **ORDERS** Respondents to file a Status Report on or before **April 3, 2026**.  The Status Report shall indicate: (1) whether Petitioner's merits hearing occurred on March 11, 2026 and, if so, the outcome of that hearing; (2) if it did not, when the merits hearing was rescheduled and why it was rescheduled; (3) whether there are further hearings scheduled; and (4) whether Petitioner has appealed, or may appeal, the outcome of any of these hearings.  On or before **April 3, 2026**, Respondents **MAY** also file a supplemental return if they would like to raise any additional arguments in response to the Petition.

Petitioner **MAY** file a reply to Respondents on or before **April 17, 2026**.

**IT IS SO ORDERED.**

DATE:  March 26, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:26-cv-00840-RBM-SBC